## 5012. JACKSON v. THE STATE.

RUSSELL, J. There is no provision of law for serving a bill of exceptions upon the opposite party by mail. The mere certificate of counsel is not proper evidence of service of a bill of exceptions. In the present case, the only evidence of service of the bill of exceptions being a statement endorsed thereon and signed by counsel for the plaintiff in error, to the effect that he had served the solicitor-general "with the within bill of exceptions by mailing to him through the U. S. mail a copy of the within," the motion of the solicitor-general to dismiss the writ of error must be sustained. Civil Code, § 6160; *Clark* v. *Lyon*, 48 *Ga.* 125.

*Writ of error dismissed.*

DECIDED SEPTEMBER 17, 1913.

Motion to dismiss the writ of error.

*Howard & Kea,* for plaintiff in error.

*E. L. Stephens, solicitor-general,* contra.